```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 06873
   TROY K. IKEMIRE
                                             CHAPTER 13

                                             JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-3149


-----------------------------------------------------------------------------
              TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/16/07 .

   2.  The case was dismissed without confirmation, 07/20/2007.

   3.  The Debtor paid a total of $   24175.81 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WILSHIRE CREDIT CORP | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CITIFINANCIAL | SECURED | .00 | .00 | .00 |
| CITIFINANCIAL | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| BANK OF AMERICA NA | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME EQUITY | SECURED | .00 | .00 | .00 |
| COURTS OF EAGLE POINTE C | SECURED | NOT FILED | .00 | .00 |
| HARLEY DAVIDSON CREDIT | SECURED VEHIC | .00 | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AQUA ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| INFIBANK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SEARS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT V SCHALLER | REIMBURSEMENT | 90.00 | .00 | .00 |

```
        Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 90.00 | .00 | .00 | 90.00 |

```
PRINCIPAL PAID                         .00           .00            .00           .00           .00
INTEREST PAID                          .00           .00            .00           .00           .00
TOTAL PAID                             .00           .00            .00           .00           .00
```
The Debtor's attorney, ROBERT V SCHALLER              , was allowed $   3000.00
and was paid $    3090.00 .

The Trustee received $      82.48 .

Refunds to the Debtor totaled $   21003.33 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/19/09                     /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE